**大成 DENTONS**

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

•• Salans FMC SNR Denton McKenna Long
dentons.com

February 24, 2021

**VIA ECF**

The Honorable Alison J. Nathan
Southern District of New York
United States Courthouse, Thurgood Marshall
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2021
```

Re:   *Angeles v. Scrubs & Beyond, LLC*: Case No. 20-cv-08153-AJN

Dear Judge Nathan:

We represent defendant Scrubs & Beyond, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45) days, from February 24, 2021 to April 12, 2021.

SO ORDERED.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

*[signature: Alison J. Nathan]*

2/24/2021

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)

116703844