UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JENISA ANGELES, on behalf of herself and all
others similarly situated,
                       Plaintiff,

-against-

SCRUBS & BEYOND, LLC,
                       Defendant.
-------------------------------------------------------------X

20 CIVIL 8153

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 22, 2021, and pursuant to Federal Rule of Civil Procedure 41(a)(I)(A)(ii), Plaintiff and Plaintiff's attorney, and the Defendant, Scrubs & Beyond, LLC that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Scrubs & Beyond, LLC shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Judgment is hereby entered.

**Dated:** New York, New York
          April 22, 2021

                                                  **RUBY J. KRAJICK**

                                                    Clerk of Court
                            BY:
                                                    **Deputy Clerk**